IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| TEAMSTERS LOCAL UNION NO. 727 HEALTH AND WELFARE FUND, TEAMSTERS LOCAL UNION NO. 727 PENSION FUND and TEAMSTERS LOCAL UNION NO. 727 LEGAL AND EDUCATIONAL ASSISTANCE FUND, | ) ) ) ) ) ) ) | 1:11CV8744 Judge Tharp |
| Plaintiffs, v. | ) ) ) | Magistrate Judge Valdez |
| METROPOLITAN 1, LLC, | ) ) ) | |
| Defendant. | ) | |

## MOTION FOR ENTRY OF JUDGMENT

NOW COME the Plaintiffs by and through their Attorney, Robert B. Greenberg, and moves the Court for entry of judgment pursuant to Court's Order entered on October 9, 2012, a copy of which is attached hereto as Exhibit "1", and in support of its Motion, Plaintiffs state as follows:

1) That the Court entered an Order on October 9, 2012, providing that Plaintiffs were directed to provide a further breakdown of payment, as required by Paragraph 2 of the parties' Settlement Agreement.

2) Plaintiffs have filed the breakdown, as required by the Court, a copy of which is attached hereto as Plaintiff's Exhibit "2", and requests that judgment enter in favor of Plaintiffs and against the Defendant.

- 1 -

WHEREFORE, Plaintiffs pray that judgment enter in the amount of $108,824.64, as demonstrated on the summary attached to William Coli's Affidavit.

/s/ Robert B. Greenberg
Asher, Gittler & D'Alba, Ltd.
200 West Jackson Boulevard, Suite 1900
Chicago, Illinois 60606
(312) 263-1500
Fax: (312) 263-1520
rbg@ulaw.com
IL ARDC#: 01047558

Dated: November 19, 2012